FORM B5 (10/05)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Checker Taxi Association, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)<br>**36-3560390** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**845 W. Washington Street**<br>**Chicago, IL 60607** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Cook** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Licensed taxi affiliation**

TYPE OF DEBTOR
☐ Individual      ☐ Stockbroker        ☐ Clearing Bank
☐ Partnership     ☐ Commodity Broker   ☐ Health Care Business
■ Corporation     ☐ Railroad
☐ Other: _____

**VENUE**

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor __Checker Taxi Association, Inc.__

OFFICIAL FORM 5 - Involuntary Petition - Page 2 (10/05)

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

**MB Financial Bank, N.A.**
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Brian J. Griffin
6111 N. River Rd.
Rosemont, IL 60018

X_____
Signature of Attorney                Date

**Shaw Gussis Fishman Glantz Wolfson & Tow**
Name of Attorney Firm (If any)
321 N. Clark Street
Suite 800
Chicago, IL 60610
Address
Telephone No. __312-541-0151__

X_____
Signature of Petitioner or Representative (State title)

**Schneider Finance, Inc.**
Name of Petitioner     Steven L. Crear       Date Signed
~~Barbara Kane~~

Name & Mailing Address of Individual Signing in Representative Capacity:
911 Glory Road
Green Bay, WI 54304

X_____
Signature of Attorney                Date

**Shaw Gussis Fishman Glantz Wolfson & Tow**
Name of Attorney Firm (If any)
321 N. Clark Street
Suite 800
Chicago, IL 60610
Address
Telephone No. __312-541-0151__

X_____
Signature of Petitioner or Representative (State title)

**American Country Insurance Company**
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Alvin R. Becker
Beermann Swerdlove LLP
161 N. Clark Street, Suite 2600
Chicago, IL 60601

X_____
Signature of Attorney                Date

**Shaw Gussis Fishman Glantz Wolfson & Tow**
Name of Attorney Firm (If any)
321 N. Clark Street
Suite 800
Chicago, IL 60610
Address
Telephone No. __312-541-0151__

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| MB Financial Bank, N.A.<br>6111 N. River Rd.<br>Rosemont, IL 60018 | Promissory Note | 2,182,290.82, plus interest and fees. |
| Schneider Finance, Inc.<br>911 Glory Road<br>Green Bay, WI 54304 | Servicing Agreement | 648,767.78, plus interest and fees. |
| American Country Insurance Company<br>150 North West Point Blvd.<br>Elk Grove Village, IL 60007-1040 | Automobile Insurance and Promissory Note | 2,523,471.79, plus interest and fees. |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>5,354,530.39 |

__0__ continuation sheets attached

Name of Debtor  **Checker Taxi Association, Inc.**

OFFICIAL FORM 5 - Involuntary Petition - Page 2 (10/05)

Case No.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ SVP
Signature of Petitioner or Representative (State title)

**MB Financial Bank, N.A.**
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Brian J. Griffin
6111 N. River Rd.
Rosemont, IL 60018

X _[signature]_
Signature of Attorney    Date

**Shaw Gussis Fishman Glantz Wolfson & Tow**
Name of Attorney Firm (If any)

321 N. Clark Street
Suite 800
Chicago, IL 60610
Address
Telephone No.   **312-541-0151**

---

X _____
Signature of Petitioner or Representative (State title)

**Schneider Finance, Inc.**
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Barbara Kane
911 Glory Road
Green Bay, WI 54304

X _____
Signature of Attorney    Date

**Shaw Gussis Fishman Glantz Wolfson & Tow**
Name of Attorney Firm (If any)

321 N. Clark Street
Suite 800
Chicago, IL 60610
Address
Telephone No.   **312-541-0151**

---

X _____
Signature of Petitioner or Representative (State title)

**American Country Insurance Company**
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Alvin R. Becker
Beermann Swerdlove LLP
161 N. Clark Street, Suite 2600
Chicago, IL 60601

X _____
Signature of Attorney    Date

**Shaw Gussis Fishman Glantz Wolfson & Tow**
Name of Attorney Firm (If any)

321 N. Clark Street
Suite 800
Chicago, IL 60610
Address
Telephone No.   **312-541-0151**

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| MB Financial Bank, N.A.<br>6111 N. River Rd.<br>Rosemont, IL 60018 | Promissory Note | 2,182,290.82, plus interest and fees. |
| Schneider Finance, Inc.<br>911 Glory Road<br>Green Bay, WI 54304 | Servicing Agreement | 648,767.78, plus interest and fees. |
| American Country Insurance Company<br>150 North West Point Blvd.<br>Elk Grove Village, IL 60007-1040 | Automobile Insurance and Promissory Note | 2,523,471.79, plus interest and fees. |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>5,354,530.39 |

0   continuation sheets attached

Name of Debtor __Checker Taxi Association, Inc.__
Case No. _____

OFFICIAL FORM 5 - Involuntary Petition - Page 2
(10/05)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X_____ Signature of Petitioner or Representative (State title) | X_____ Signature of Attorney                Date |
|---|---|
| **MB Financial Bank, N.A.** Name of Petitioner                Date Signed | **Shaw Gussis Fishman Glantz Wolfson & Tow** Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Brian J. Griffin 8111 N. River Rd. Rosemont, IL 60018 | 321 N. Clark Street Suite 800 Chicago, IL 60610 Address Telephone No. 312-541-0151 |
| X_____ GENERAL MANAGER Signature of Petitioner or Representative (State title) | X_____Allen Shu_____ Signature of Attorney                Date |
| **Schneider Finance, Inc.** Name of Petitioner    9/26/06 Date Signed Steven L. Cesar, Barbara Kane | **Shaw Gussis Fishman Glantz Wolfson & Tow** Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: 911 Glory Road Green Bay, WI 54304 | 321 N. Clark Street Suite 800 Chicago, IL 60610 Address Telephone No. 312-541-0151 |
| X_____ Signature of Petitioner or Representative (State title) | X_____ Signature of Attorney                Date |
| **American Country Insurance Company** Name of Petitioner                Date Signed | **Shaw Gussis Fishman Glantz Wolfson & Tow** Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Alvin R. Becker Beermann Swerdlove LLP 161 N. Clark Street, Suite 2600 Chicago, IL 60601 | 321 N. Clark Street Suite 800 Chicago, IL 60610 Address Telephone No. 312-541-0151 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| MB Financial Bank, N.A. 8111 N. River Rd. Rosemont, IL 60018 | Promissory Note | 2,182,290.82, plus interest and fees |
| Schneider Finance, Inc. 911 Glory Road Green Bay, WI 54304 | Servicing Agreement | 648,767.78, plus interest and fees |
| American Country Insurance Company 150 North West Point Blvd. Elk Grove Village, IL 60007-1040 | Automobile Insurance and Promissory Note | 2,523,471.79, plus interest and fees |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 5,354,530.39 |

____0____ continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Name of Debtor __Checker Taxi Association, Inc.__

Case No. _____

OFFICIAL FORM 5 - Involuntary Petition - Page 2
(10/05)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

Name of Petitioner: __MB Financial Bank, N.A.__    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Brian J. Griffin, 6111 N. River Rd., Rosemont, IL 60018

X_____
Signature of Attorney    Date

Name of Attorney Firm (If any): __Shaw Gussis Fishman Glantz Wolfson & Towbin__

Address: 321 N. Clark Street, Suite 800, Chicago, IL 60610

Telephone No. __312-541-0151__

---

X_____
Signature of Petitioner or Representative (State title)

Name of Petitioner: __Schneider Finance, Inc.__    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Barbara Kane, 911 Glory Road, Green Bay, WI 54304

X_____
Signature of Attorney    Date

Name of Attorney Firm (If any): __Shaw Gussis Fishman Glantz Wolfson & Towbin__

Address: 321 N. Clark Street, Suite 800, Chicago, IL 60610

Telephone No. __312-541-0151__

---

X_____ [signature] attorney out of town per Alan Fein_____
Signature of Petitioner or Representative (State title)

Name of Petitioner: __American Country Insurance Company__    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Alvin R. Becker, Beermann Swerdlove LLP, 161 N. Clark Street, Suite 2600, Chicago, IL 60601

X_____ [signature] Allen Fein_____
Signature of Attorney    Date

Name of Attorney Firm (If any): __Shaw Gussis Fishman Glantz Wolfson & Towbin__

Address: 321 N. Clark Street, Suite 800, Chicago, IL 60610

Telephone No. __312-541-0151__

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| MB Financial Bank, N.A. 6111 N. River Rd. Rosemont, IL 60018 | Promissory Note | 2,182,290.82, plus interest and fees. |
| Schneider Finance, Inc. 911 Glory Road Green Bay, WI 54304 | Servicing Agreement | 646,767.78, plus interest and fees. |
| American Country Insurance Company 150 North West Point Blvd. Elk Grove Village, IL 60007-1040 | Automobile Insurance and Promissory Note | 2,523,471.79, plus interest and fees. |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims: 5,354,530.39 |

0 continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy