UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CHECKER TAXI ASSOCIATION, INC. | ) | Case No. 06-12234-SPS |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, IL 60604

   On: **June 10, 2009**          Time:  **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

   Receipts                                                    $1,623,717.51

   Disbursements                                          $1,270,505.75

   Net Cash Available for Distribution              $353,211.76

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ<br>*Trustee Compensation* | $0.00 | $71,961.53 | $322.58 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $57,561.50 | $2,250.19 |
| NORMAN B. BERGER<br>*Special Counsel* | $19,397.74 | $0.00 | $0.00 |
| SHAW GUSSIS FISHMAN GLANTZ | $459,570.24 | $0.00 | $0.00 |

WOLFSON
*Special Counsel*

| | | | |
|---|---|---|---|
| POPOWCER KATTEN, LTD. *Accountant for Trustee* | $0.00 | $5,516.00 | $5.50 |
| RALLY CAPITAL SERVICES LLC *Consultant for Trustee* | $22,402.23 | $0.00 | $0.00 |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.    Claims of general unsecured creditors totaling $4,158,710.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 5.1800% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Fedex Customer Information Service | $524.76 | $27.20 |
| 000002 | Schneider Finance Inc | $648,767.78 | $33,633.20 |
| 000003 | Avaya Inc | $36.96 | $1.92 |
| 000004 | Hoffman Service | $5,750.21 | $298.10 |
| 000005 | Initial Tropical Plants, Inc. | $2,495.88 | $129.39 |
| 000006 | Lewis Paper Place | $1,383.50 | $71.72 |
| 000007 | Checker Acquisition Corp. | $136,000.00 | $7,050.47 |
| 000008 | Xerox Corporation | $308.68 | $16.00 |
| 000009 | Comed | $1,114.55 | $57.78 |
| 000010 | Dolores Secor | $10,500.00 | $544.34 |
| 000011 | Mobile Knowledge | $42,035.20 | $2,179.17 |
| 000012A | American Country Insurance Company | $2,357,863.22 | $122,235.56 |
| 000013 | Pinnacle Towers Llc | $7,739.10 | $401.21 |
| 000014 | A Accurate Door Inc | $2,265.45 | $117.44 |
| 000015 | Garvey's Office Supply | $3,136.64 | $162.61 |
| 000016 | Ww Grainger Inc | $2,018.83 | $104.66 |
| 000017 | Unlimited Graphics | $14,976.14 | $776.39 |

| 000018 | Val-U-Source Inc | $853.00 | $44.22 |
| 000019 | Marshall Evans | $30,000.00 | $1,555.25 |
| 000020 | Retana Oliver | $10,000.00 | $518.42 |
| 000021 | Yellow Book Usa | $3,007.00 | $155.89 |
| 000022 | Arch Wireless | $4,814.92 | $249.61 |
| 000024 | Dunbar Armored | $701.62 | $36.37 |
| 000025 | Peoples Gas Light And Coke Company | $7,688.44 | $398.58 |
| 000026 | Cartridge World Lincoln Park | $1,966.37 | $101.94 |
| 000027 | Adt Security Services | $4,103.69 | $212.74 |
| 000028 | Ucc Direct | $1,089.00 | $56.46 |
| 000030 | Quill Corp. | $139.40 | $7.23 |
| 000031 | Viola, Llc. An Illinois Limited Lia | $285,493.23 | $14,800.44 |
| 000032 | Mth, Llc, An Illinois Limited Liabi | $216,420.38 | $11,219.59 |
| 000033 | Sonnenschein Nath & Rosenthal Llp | $14,900.50 | $772.47 |
| 000034 | City Of Chicago - Dept. Of Revenue | $1,164.12 | $60.35 |
| 000036 | Forrester-Smith, Inc | $7,929.16 | $411.06 |
| 000037 | Chicago Tower Inc | $16,042.33 | $831.66 |
| 000038 | Chicago Tower Inc | $211,261.08 | $10,952.13 |
| 000039 | Highpointe Group, Llc | $4,653.75 | $241.26 |
| 000040 | Antenex, Inc. | $910.00 | $47.18 |
| 000041 | United Parcel Service | $163.43 | $8.47 |
| 000042 | Pitney Bowes Inc | $729.60 | $37.82 |
| 000043 | Pitney Bowes Inc | $4,313.54 | $223.62 |
| 000045 | Pitney Bowes Inc | $1,190.81 | $61.73 |
| 000046 | Chicago Elevator Company | $5,307.63 | $275.16 |
| 000047 | Elk Associates Funding Corp. | $84,465.24 | $4,378.82 |
| 000048 | Tatyana Nikulina | $2,485.00 | $128.83 |

8.   Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor(s) have not been discharged.

11.  The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| CHECKING ACCOUNT | $0.00 |
| BENEFITS ACCOUNT | $0.00 |
| SECURITY DEPOSITS | $0.00 |
| SECURITY DEPOSITS | $0.00 |
| SECURITY DEPOSITS | $79,612.61 |
| SECURITY DEPOSITS | $0.00 |
| SPORTS AND HOBBY EQUIPMENT | $5.00 |
| STOCK | $0.00 |

| | |
|---|---|
| OTHER LIQUIDATED DEBTS OWING DEBTOR | $100,000.00 |
| OTHER LIQUIDATED DEBTS OWING DEBTOR | $207,373.43 |
| OTHER LIQUIDATED DEBTS OWING DEBTOR | $228,238.44 |
| OTHER LIQUIDATED DEBTS OWING DEBTOR | $40,092.40 |
| OTHER CONTINGENT CLAIMS | $1,000,000.00 |
| LICENSES | $0.00 |
| OTHER GENERAL INTANGIBLES | $250,500.00 |
| OFFICE EQUIPMENT AND FURNITURE | $0.00 |
| EQUIPMENT USED IN BUSINESS | $62,425.00 |
| EQUIPMENT USED IN BUSINESS | $0.00 |
| OTHER MISCELLANEOUS | $0.00 |
| LITIGATION | $0.00 |

Dated: **April 29, 2009**                    For the Court,


By:   **KENNETH S. GARDNER**
KENNETH S. GARDNER
CLERK OF THE COURT


Trustee:        Barry A. Chatz
Address:        120 S. Riverside Plaza
                Suite 1200
                Chicago, IL  60606-0000
Phone No.:      (312) 876-7100