UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CHECKER TAXI ASSOCIATION, INC. | ) | Case No. 06-12234-SPS |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, IL 60604

   On: **June 10, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $1,623,717.51 |
   | Disbursements | $1,270,505.75 |
   | Net Cash Available for Distribution | $353,211.76 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ  *Trustee Compensation* | $0.00 | $71,961.53 | $322.58 |
| COHEN & KROL  *Attorney for Trustee* | $0.00 | $57,561.50 | $2,250.19 |
| NORMAN B. BERGER  *Special Counsel* | $19,397.74 | $0.00 | $0.00 |
| SHAW GUSSIS FISHMAN GLANTZ | $459,570.24 | $0.00 | $0.00 |

<u>WOLFSON</u>
*Special Counsel*

| | | | |
|---|---|---|---|
| <u>POPOWCER KATTEN, LTD.</u><br>*Accountant for Trustee* | $0.00 | $5,516.00 | $5.50 |
| <u>RALLY CAPITAL SERVICES LLC</u><br>*Consultant for Trustee* | $22,402.23 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| <u>Applicant</u> | Compensation<br><u>Previously Paid</u> | Fees Now<br><u>Requested</u> | <u>Expenses</u> |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| <u>Claim Number</u> | <u>Claimant</u> | Allowed<br><u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $4,158,710.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.1800% .

Allowed general unsecured claims are as follows:

| <u>Claim Number</u> | <u>Claimant</u> | <u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|
| 000001 | Fedex Customer Information Service | $524.76 | $27.20 |
| 000002 | Schneider Finance Inc | $648,767.78 | $33,633.20 |
| 000003 | Avaya Inc | $36.96 | $1.92 |
| 000004 | Hoffman Service | $5,750.21 | $298.10 |
| 000005 | Initial Tropical Plants, Inc. | $2,495.88 | $129.39 |
| 000006 | Lewis Paper Place | $1,383.50 | $71.72 |
| 000007 | Checker Acquisition Corp. | $136,000.00 | $7,050.47 |
| 000008 | Xerox Corporation | $308.68 | $16.00 |
| 000009 | Comed | $1,114.55 | $57.78 |
| 000010 | Dolores Secor | $10,500.00 | $544.34 |
| 000011 | Mobile Knowledge | $42,035.20 | $2,179.17 |
| 000012A | American Country Insurance Company | $2,357,863.22 | $122,235.56 |
| 000013 | Pinnacle Towers Llc | $7,739.10 | $401.21 |
| 000014 | A Accurate Door Inc | $2,265.45 | $117.44 |
| 000015 | Garvey's Office Supply | $3,136.64 | $162.61 |
| 000016 | Ww Grainger Inc | $2,018.83 | $104.66 |
| 000017 | Unlimited Graphics | $14,976.14 | $776.39 |

| | | | |
|---|---|---:|---:|
| 000018 | Val-U-Source Inc | $853.00 | $44.22 |
| 000019 | Marshall Evans | $30,000.00 | $1,555.25 |
| 000020 | Retana Oliver | $10,000.00 | $518.42 |
| 000021 | Yellow Book Usa | $3,007.00 | $155.89 |
| 000022 | Arch Wireless | $4,814.92 | $249.61 |
| 000024 | Dunbar Armored | $701.62 | $36.37 |
| 000025 | Peoples Gas Light And Coke Company | $7,688.44 | $398.58 |
| 000026 | Cartridge World Lincoln Park | $1,966.37 | $101.94 |
| 000027 | Adt Security Services | $4,103.69 | $212.74 |
| 000028 | Ucc Direct | $1,089.00 | $56.46 |
| 000030 | Quill Corp. | $139.40 | $7.23 |
| 000031 | Viola, Llc. An Illinois Limited Lia | $285,493.23 | $14,800.44 |
| 000032 | Mth, Llc, An Illinois Limited Liabi | $216,420.38 | $11,219.59 |
| 000033 | Sonnenschein Nath & Rosenthal Llp | $14,900.50 | $772.47 |
| 000034 | City Of Chicago - Dept. Of Revenue | $1,164.12 | $60.35 |
| 000036 | Forrester-Smith, Inc | $7,929.16 | $411.06 |
| 000037 | Chicago Tower Inc | $16,042.33 | $831.66 |
| 000038 | Chicago Tower Inc | $211,261.08 | $10,952.13 |
| 000039 | Highpointe Group, Llc | $4,653.75 | $241.26 |
| 000040 | Antenex, Inc. | $910.00 | $47.18 |
| 000041 | United Parcel Service | $163.43 | $8.47 |
| 000042 | Pitney Bowes Inc | $729.60 | $37.82 |
| 000043 | Pitney Bowes Inc | $4,313.54 | $223.62 |
| 000045 | Pitney Bowes Inc | $1,190.81 | $61.73 |
| 000046 | Chicago Elevator Company | $5,307.63 | $275.16 |
| 000047 | Elk Associates Funding Corp. | $84,465.24 | $4,378.82 |
| 000048 | Tatyana Nikulina | $2,485.00 | $128.83 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| CHECKING ACCOUNT | $0.00 |
| BENEFITS ACCOUNT | $0.00 |
| SECURITY DEPOSITS | $0.00 |
| SECURITY DEPOSITS | $0.00 |
| SECURITY DEPOSITS | $79,612.61 |
| SECURITY DEPOSITS | $0.00 |
| SPORTS AND HOBBY EQUIPMENT | $5.00 |
| STOCK | $0.00 |

| | |
|---|---:|
| OTHER LIQUIDATED DEBTS OWING DEBTOR | $100,000.00 |
| OTHER LIQUIDATED DEBTS OWING DEBTOR | $207,373.43 |
| OTHER LIQUIDATED DEBTS OWING DEBTOR | $228,238.44 |
| OTHER LIQUIDATED DEBTS OWING DEBTOR | $40,092.40 |
| OTHER CONTINGENT CLAIMS | $1,000,000.00 |
| LICENSES | $0.00 |
| OTHER GENERAL INTANGIBLES | $250,500.00 |
| OFFICE EQUIPMENT AND FURNITURE | $0.00 |
| EQUIPMENT USED IN BUSINESS | $62,425.00 |
| EQUIPMENT USED IN BUSINESS | $0.00 |
| OTHER MISCELLANEOUS | $0.00 |
| LITIGATION | $0.00 |

Dated: **April 29, 2009**                              For the Court,

                                    By:   **KENNETH S. GARDNER**
                                            KENNETH S. GARDNER
                                            CLERK OF THE COURT

Trustee:        Barry A. Chatz
Address:        120 S. Riverside Plaza
                Suite 1200
                Chicago, IL  60606-0000
Phone No.:      (312) 876-7100

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 3                   Date Rcvd: Apr 29, 2009
Case: 06-12234                Form ID: pdf002              Total Served: 116

The following entities were served by first class mail on May 01, 2009.
db           +Checker Taxi Association, Inc.,    845 W. Washington Street,    Chicago, IL 60607-2316
aty          +Allen J Guon,    Shaw Gussis Fishman Glantz Wolfson & Tow,    321 N. Clark St., Suite 800,
               Chicago, Il 60654-4766
aty          +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
               Chicago, IL 60603-4914
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Gordon E. Gouveia,    Shaw, Gussis, Fishman, Glantz, et al,    321 N. Clark Street,    Suite 800,
               Chicago, IL 60654-4766
aty          +John O. Noland Jr.,    John O. Noland Jr., Attorney at Law,    79 W Monroe Street,    Suite 823,
               Chicago, IL 60603-4919
aty          +Richard A. Saldinger,    Shaw Gussis,    321 N. Clark Street,    Chicago, IL 60654-4714
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
10959354     +A Accurate Door Inc,    P.O. Box 1794,    Aurora IL 60507-1794
10959355     +A-B Window Cleaning,    330 S. Wells st.,    Chicago, IL 60606-7106
10959357     +ADT,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
11124063     +ADT Security Services,    14200 East Exposition Avenue,    Aurora CO 80012-2540
10959364     +AT&T,    Bill Payment center,    Saginaw, MI 48663-0001
10959356     +Adewunmi Adeyinka,    c/l Benjamin & Shapiro, Ltd.,    180 N. LaSalle, #2600,
               Chicago, IL 60601-2706
10959358     +American Country Insurance,    150 Northwest Point Blvd,    Suite 300,
               Elk Grove Village, IL 60007-1015
10959359     +American Country Insurance Company,    c/o Beerman Swerdlove LLP,    161 N. Clark St., Ste 2600,
               Chicago, IL 60601-3243
10959360     +Anderson Pest,    219 W. Diversey,    Elmhurst, IL 60126-1103
10959361     +Anderson Pest Control,    219 W. Diversey,    Elmhurst, IL 60126-1103
10959362     +Antenex, Inc.,    1751 Wilkening CT,    Schaumburg, IL 60173-5310
10959363     +Arch Wireless,    USAMobility,    One Source Wireless,    890 East Heinberg Street,
               Pensacola, FL 32502-4147
11006022     +Avaya Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4063
10959365      Avaya, Inc.,    P.O. Box 73061,    Chicago, IL 60652
10959368     +BRE Randolph Drive, LLC,    P.O. Box 751020,    Charlotte, NC 28275-1020
10959366     +Bell South,    P.O. Box 740144,    Atlanta, GA 30374-0144
10959367     +Bleakney & Troiani Attorneys,    One North Franklin,    Suite 2625,    Chicago, IL 60606-3495
10959387     +CSC Corp. Service Company,    P.O. box 13397,    Philadelphia, PA 19101-3397
10959369     +Cabconnect,    4118 W. Lawrence,    Chicago, IL 60630-2848
10959370     +Cartridge World Lincoln Park,    2634 Clark St.,    Chicago, IL 60614-1523
10959371     +Checker Acquisition Corp.,    2016 N. Pitcher St.,    Kalamazoo, MI 49007-1869
10959372     +Checker Motors Inc.,    2016 N. Pitcheer Street,    Kalamazoo, MI 49007-1894
10959373     +Checker Sales, Inc.,    845 W. Washington St.,    Chicago, IL 60607-2316
10959374     +Checker Services, Inc.,    845 w. Washington St.,    Chicago, IL 60607-2316
10959375     +Checkerwerks, Inc.,    845 W. Washington St.,    Chicago, IL 60607-2316
10959376     +Chicago Elevator Company,    3260 W. Grand Ave.,    Chicago, IL 60651-4177
11312091      Chicago Elevator Company,    David A Kaufman Esq,    555 Skokie Boulevard Suite 500,
               Northbrook, IL 60062-2845
10959377     +Chicago Tower,    PO Box 410,    Bourbonnais, IL 60914-0410
11153935     +Chicago Tower Inc,    Edward R Gower Esquire,    Hinshaw & Culbertson LLP,    222 N Lasalle,
               Chicago IL 60601-1081
10959379     +City of Chicago,    c/o Heller Shapiro Frisone,    33 N. LaSalle,    Chicago, IL 60602-2603
11144265     +City of Chicago - Dept. of Revenue,    c/o Heller and Frisone, Ltd.,
               33 N. LaSalle St., Suite 1200,    Chicago, IL 60602-3415
10959380     +City of Chicago Department of Water,    P.O. Box 6330,    Chicago, IL 60680-6330
10959381     +Com/Rad,    1781 Oakton Blvd.,    Des Plaines, IL 60018-2189
10959382     +Combined Worksite Solutions,    P.O. Box 5573,    Chicago, IL 60680-5573
10959384     +Complete Pump Service Co.,    461 S. Irmen,    Addison, IL 60101-4313
10959385      Cook County Collector,    P.O. Box 7552,    Chicago, IL 60680-7552
10959386     +Covad Communications,    P.O. Box 39000,    San Francisco, CA 94139-0001
10959388     +DHL Express,    P.O. Box 4723,    Houston, TX 77210-4723
10959390     +DSL.net, Inc.,    P.O. Box 31785,    Hartford, CT 06150-1785
10959389     +Dolores Secor,    1319 W. Greendale,    Park Ridge, IL 60068-2066
10959391     +Dunbar Armored,    P.O. Box 333,    Baltimore, MD 21203-0333
10959392     +Elk Associates Funding Corp.,    747 Third Ave.,    New York, NY 10017-2803
10959393     +Environmental Futures, Inc.,    2210 W. Irving Park Rd.,    Chicago, IL 60618-3806
10959394     +Fed Ex,    P.O. Box 1140,    Memphis, TN 38101-1140
10979197      FedEX Customer Information Service,    as Assignee of FedEx Exp/FedEx Ground,
               Attn Revenue Recovery/Bankruptcy,    2005 Corporate Avenue 2nd Floor,    Memphis TN 38132-1702
10959395     +Forrester-Smith, Inc,    P.O. Box 2540,    Brandon, FL 33509-2540
10959396     +Fredriksen & Sons Fire Equipment,    P.O. Box 309,    Itasca, IL 60143-0309
10959397     +Garvey's Office Supply,    P.O. Box 1130,    Glenview, IL 60025-8130
10959398     +Grainger,    Dept. 801591728,    Palatine, IL 60038-0001
10959399     +Grebe & Associates, P.C.,    1749 S. Naperville Rd.,    Suite 203,    Wheaton, IL 60189-5892
10959400    +++Highpointe Group, LLC,    P.O. Box 678240,    6060 N Central Expwy #642,    Dallas, TX 75206-5272
10959401     +Hinkley Springs,    P.O. Box 660579,    Dallas, TX 75266-0579
10959402     +Hoffman Service,    600 Northgate Pkwy. #B,    Wheeling, IL 60090-3201
10959403     +Initial Tropical Plants, Inc.,    P.O. Box 95409,    Palatine, IL 60095-0409
10959404     +Lewis Paper Place,    P.O. Box 562,    Wheeling, IL 60090-0562,    Attn  Norine P Miller
10959407     +MB FINANCIAL,    c/o Shaw Gussis,    321 N. Clark St., Ste 800,    Chicago, IL 60654-4766
10959408     +MB FINANCIAL BANK,    c/o Brian J. Griffin,    6111 N. River Rd.,    Des Plaines, IL 60018-5158
10959406     +MB Financial,    801 W. Madison Ave,    Chicago, IL 60607-2607
11090516     +MB Financial Bank, N.A.,    6111 N. River Rd.,    Rosemont, IL 60018-5158,    Attn: Brian Griffin
10959414      MTH LLC,    c/o Wayne R. Hannah, Jr., Esq.,    7800 Sears TRower, 233 S. Wacker Dr,
               Chicago, IL 60606-6404
```

```
District/off: 0752-1          User: amcc7                 Page 2 of 3                   Date Rcvd: Apr 29, 2009
Case: 06-12234                Form ID: pdf002             Total Served: 116

10959413       MTH LLC,   c/o Wayne R. Hannah, Jr., Esq.,    7800 Sears Tower, 233 S. Wacker Dr,
                Chicago, IL 60606-6404
11142201      +MTH, LLC, an Illinois Limited Liability Company,    c/o Sonnenschein Nath & Rosenthal LLP,
                7800 Sears Tower,   233 S. Wacker Drive,   Chicago, IL 60606-6306,   Attn: Wayne R. Hannah, Jr.
10959405      +Marshall Evans,   c/o Robert A. Langendorf,   134 N. LaSalle, #1515,   Chicago, IL 60602-1167
10959409      +Metro Checker, Inc.,   845 w. Washington St.,   Chicago, IL 60607-2316
10959410      +Michael M.Tannen,   39 S. LaSalle St., Ste 905,   Chicago, IL 60603-1242
10959411       Mobile Knowledge,   308 Legget Dr.,   Kanata, Onrtario,   Canada K2K-3G3
10959412       Mobile Knowledge,   308 Legget Drive,   Kanata, Ontrario,   Canada K2K-3G3
10959415      +MyCard Photo I.D. Service,   109 East Irving Park Rd.,   Bensenville, IL 60106-2277
10959416      +Northtown Refrigeration,   1814 Beach St.,   Broadview, IL 60155-2863
10959417      +Office Max Contract Inc.,   P.O. Box 92735,   Chicago, IL 60675-0001
11098554      +PEOPLES GAS LIGHT AND COKE COMPANY,   130 E RANDOLPH DRIVE,   CHICAGO, IL 60601-6207
10959418      +Palos Bank & Trust,   12600 S. Harlem Ave.,   Palos Heights, IL 60463-0927
10959419      +Peoples Energy,   135 LaSalle, Dept. 8603,   Chicago, IL 60687-0001
10959420      +Pinnacle,   P.O. Box 409250,   Atlanta, GA 30384-9250
11030372      +Pinnacle Towers LLC,   Global Signal LLC,   a Global Signal Company,
                301 N Cattlemen Road Suite 301,   Sarasota Fl 34232-6427
10959421      +Pinnacle Towers, Inc.,   P.O. Box 409250,   Atlanta, GA 30384-9250
10959422      +Pitney Bowes,   P.O. Box 856042,   Louisville, KY 40285-6042
11227107      +Pitney Bowes Inc,   27 Waterview Drive,   Shelton, CT 06484-4361
10959423      +Polpress Inc.,   Dept. 4905,   Carol Stream, IL 60122-0001
10959424      +Quill Corp.,   P.O. Box 94081,   Palatine, IL 60094-4081
10959425      +R. H. Donnelley Directories,   RHD Illinois HQ, AON Building,   200 E. Randolph, 70th floor,
                Chicago, IL 60601-6436
10959426      +Retana Oliver,   c/o Idarius Dranias & Asso.,   77 W. Washington, #920,   Chicago, IL 60602-2801
10959427      +Safeguard Business Systems,   P.O. Box 88043,   Chicago, IL 60680-1043
10959428      +Sage Software,   P.O. Box 849887,   Dallas, TX 75284-0001
10959429      +Schneider Finance Inc,   Law offices of Michael Murphy Tennen PC,   39 S Lasalle St Suite 905,
                Chicago IL 60603-1242
10959430      +Sonnenschein Nath & Rosenthal,   7800 Sears Toweer,   233 S. Wacker Drive,
                Chicago, IL 60606-6306
11142203      +Sonnenschein Nath & Rosenthal LLP,   7800 Sears Tower,   233 S. Wacker Drive,
                Chicago, IL 60606-6306,   Attn: Wayne R. Hannah, Jr.
11550070      +Tatyana Nikulina,   6301 N Sheridan Rd #22F,   Chicago IL 60660-1770
10959432      +Taxi Affiliation Services, Inc.,   2233 W. Wabash,   Chicago, IL 60616-2109
10959433      +Trussource,   3080 S. Bristol St.,   2nd floor,   Costa Mesa, CA 92626-3093
10959434       UCC Direct,   P.O. Box 200824,   Houston, TX 77216-0824
10959435       Union Bank of California,   San Diego, CA 92186
10959436      +United Parcel Service,   c/o RMS Bankruptcy Recovery Services,   PO Box 5126,
                Timonium Maryland 21094-5126
10959437      +Unlimited Graphics,   1345 Lakeside Dr.,   Romeoville, IL 60446-1047
10959438       Val-U-Source Inc,   Marc Pullman, Attorney,   20 N Clark St #1725,   Chicago IL 60602-5000
10959440      +Veronica Brown,   c/o Helleer & Richmond, Ltd.,   33 N. Dearborn, #1600,   Chicago, IL 60602-3107
10959441      +Viola LLC,   c/o David R. Markin,   2016 N. Pitcher St.,   Kalamazoo, MI 49007-1869
10959442      +Viola, LLC,   c/o David R. Markin,   2016 N. Pitcheer St.,   Kalamazoo, MI 49007-1869
11142198       Viola, LLC. an Illinois Limited Liability Company,   c/o Sonnenschein Nath & Rosenthal LLP,
                7800 Sears Tower,   233 S. Wacker Drive,   Chicago, IL 60606-6306,   Attn: Wayne R. Hannah, Jr.
11037357       WW Grainger Inc,   7300 N Melvina Ave M240,   Niles, IL 60714-3998
10959443      +Warren Wexler,   55 W. Wacker Dr. 9th Floor,   Chicago, IL 60601-1609
10959444      +Waste Management,   P.O. Box 9001054,   Louisville, KY 40290-1054
10959445      +Word Processing Industries,   4545 N. Ravenswood Ave.,   Chicago, IL 60640-5289
10959446      +Xerox Corporation,   Xerox Capital Services LLC,   Attn Vanessa Adams,   PO Box 660506,
                Dallas TX 75266-0506
10959447      +Yellow Book USA,   c/o RMS Bankruptcy Recovery Services,   PO Box 5126,
                Timonium, Maryland 21094-5126
10959448      +Zenith Insurance,   c/o Cozen O'Connor,   222 S. Riverside, #1500,   Chicago, IL 60606-6000

The following entities were served by electronic transmission on Apr 30, 2009.
10959383      +E-mail/Text: brandy.glashin@comed.com                            Comed,   2100 Swift Drive,
                Attn Bankruptcy Section/Revenue Mgmt,   Oakbrook IL 60523-1559
10959439      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 30 2009 03:15:08      Verizon Wireless,
                P.O. Box 6170,   Carol Stream, IL 60197-6170
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10959431       Stealth Construction,   (address unknown)
10959378*     +Chicago Tower, Inc.,   PO Box 410,   Bourbonnais, IL 60914-0410
                                                                                             TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: amcc7             Page 3 of 3              Date Rcvd: Apr 29, 2009
Case: 06-12234                Form ID: pdf002         Total Served: 116

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2009**              **Signature:** _Joseph Speetjens_